# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09cv536

| | |
|---|---|
| DORIS L. MORRISON, )<br>)<br>    Plaintiff, )<br>)<br>Vs. )<br>)<br>MICHAEL J. ASTRUE, )<br>**Commissioner of Social Security,** )<br>)<br>    Defendant. )<br>_____ ) | **JUDGMENT** |

**THIS MATTER** having come before the court on the plaintiff's Motion for Summary Judgment (#12), the Commissioner's Motion for Summary Judgment (#14), and the Memorandum and Recommendation of Honorable David S. Cayer, United States Magistrate Judge (#17), and the court having considered plaintiff's Objection (#18) and the Commissioner's Reply (#19), as more thoroughly discussed in the Memorandum of Decision and Order filed simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGE AND DECREED** that the Commissioner's Motion for Summary Judgment (#14) is **GRANTED,** plaintiff's Motion for Summary Judgment (#12) is **DENIED,** the Commissioner's decision is **AFFIRMED,** and plaintiff's claim is hereby **DISMISSED**.

Signed: March 31, 2011

Max O. Cogburn Jr.
United States District Judge